FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2011 DEC 21  AM 11: 20

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | |
| Plaintiff, | ) | SA11CR1068 OG |
| | ) | INDICTMENT |
| v. | ) | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| CARLOS EDUARDO ARIZOLA (1); | ) | |
| FRANCISCO MARTINEZ aka "PACO" (2) | ) | CT 2: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance; |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii))

That beginning on or about September 1, 2010, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

CARLOS EDUARDO ARIZOLA (1);
FRANCISCO MARTINEZ aka "PACO" (2)

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with each other and others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))

That on or about December 5, 2011, in the Western District of Texas, Defendants,

CARLOS EDUARDO ARIZOLA (1);
FRANCISCO MARTINEZ aka "PACO" (2)

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

A TRUE BILL.

███████████████████
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
RUSSELL D. LEACHMAN
Assistant U.S. Attorney